UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-20201-CIV-UNGARO

VILLAZZO, LLC,

    Plaintiff,

vs.

SERENDIPITY VILLA LIMITED,
*et al.*,

    Defendants.
_____/

## AMENDED ORDER ON MOTION TO CLARIFY AND/OR AMEND THIS COURT'S ORDER FOR CONTEMPT AND SANCTIONS AGAINST DEFENDANT, SERENDIPITY VILLA LIMITED

This Matter is before the Court on Plaintiff's Motion to Clarify and/or Amend the Order for Contempt and Sanctions Against Defendant Serendipity Villa Limited ("Serendipity Villa"), issued on June 19, 2012 (the "Motion"). The Court having reviewed the Motion and the record herein and being satisfied that Serendipity Villa and the registrar of record of the domain name "serendipityvillas.com" are in contempt of this Court's Order of June 19, 2012 (D.E. 48), for failing to transfer the "serendipityvillas.com" domain name to Villazzo, LLC., hereby finds that Serendipity Villa is in unlawful possession, and no longer the owner of the domain name "serendipityvillas.com," and that Villazzo's is the true owner of this domain name even though it has not yet been transferred to Villazzo, LLC pursuant to this Court's Order of June 19, 2012 (D.E. 48).

Thus, the Court further finds it appropriate to clarify and amend its previously issued Order on Motion for Contempt and Sanctions to ensure that compliance and execution of the Order may be promptly and successfully effectuated by Plaintiff, Villazzo, LLC.

Accordingly, it is

ORDERED AND ADJUDGED that the Motion (D.E. 49) is GRANTED as follows:

(1) Jurisdiction by this Court over Defendant Serendipity Villa has already been established.

(2) Defendant Serendipity Villa is still HELD IN CONTEMPT OF COURT;

(3) 1 & 1 Internet, Inc. is HELD IN CONTEMPT OF COURT;

(4) Serendipity Villa is not the owner of the domain name "serendipityvillas.com," and, thus, it is neither entitled to own the registration for this domain name nor is it permitted to be identified as the registrant of record by any and all domain registrars.

(5) Villazzo, LLC is hereby deemed to be the sole owner of the domain name "serendipityvilla.com" and shall be listed and identified as the true and correct registrant of this domain name.

(6) Serendipity Villa and/or the registrar of record for the domain name "serendipityvillas.com" SHALL immediately transfer to Villazzo the domain name "serendipityvillas.com."

(7) VeriSign, Inc. SHALL change the Registrar of record of the domain name, "serendipityvillas.com" to a registrar of Villazzo's own choosing within five (5) days from the date of entry of this Order and its receipt of Villazzo's instructions; and

(8) Serendipity Villa and its registrar of record for the domain name "serendipityvillas.com" SHALL each be required to pay to Villazzo the sum of US$250.00 for each day that Serendipity Villa and/or said registrar of record is not in compliance with the terms of this Order regarding the transfer of the domain name, "serendipityvillas.com" to Villazzo, LLC. or until the domain name is transferred to Villazzo, LLC by other means, whichever occurs first.

DONE AND ORDERED in chambers at Miami, Florida, this 11 day of February, 2013.

Copies to: counsel of record and

Defendant Serendipity Villa Limited
c/o Mike Lockwood
Chairman and Chief Financial Officer
21 Bentinck Street, W1U 2EX
London, United Kingdom

1&1 Internet, Inc.
c/o Legal Compliance
701 Lee Road, Suite 300
Chesterbrook, PA 19087

*(continued)*

1&1 Internet, Inc.
c/o J. Christopher Erb
The Erb Law Firm, PC
5901 Ridge Avenue
Philadelphia, PA 19128

1&1 Internet AG
Ernst-Frey-Strasse 9
Karlsruhe 76135
Germany

VeriSign, Inc.
c/o James Hubler, Esq.
Senior Corporate Counsel
12061 Bluemont Way
Reston, VA 20190